UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

ESTATE OF DANIEL PESAVENTO,
by Special Administrator Alexandra Pesavento,
and H.P, minor, by her mother and guardian,
Alexandra Pesavento,

        Plaintiffs,

                                  Case No:  24-CV-647

v.

BRYCE RUDEBECK,
and CITY OF APPLETON,

        Defendants.

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Bryce Rudebeck by and through his attorneys, Crivello, Nichols & Hall, S.C., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order of the United States District Court for the Eastern District of Wisconsin entered on March 10, 2026, (ECF No. 49), by the Honorable Byron B. Conway, denying Defendants' motion for summary judgment on the basis of qualified immunity.

This appeal is taken pursuant to 28 U.S.C. § 1291 and the collateral order doctrine, which permits immediate appellate review of an order denying qualified immunity.

Defendant specifically appeals the portion of the Court's Decision and Order denying qualified immunity to Defendant Rudebeck on Plaintiffs' Fourth Amendment excessive force claim.

Defendant respectfully states that this appeal presents a purely legal question: whether, taking the facts in the light most favorable to Plaintiffs, Defendant Rudebeck's conduct violated clearly established law.

Dated this 8th day of April 2026.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendant, Bryce Rudebeck

By: *Kiley B. Zellner*
SAMUEL C. HALL, JR.
State Bar No. 1045476
KILEY B. ZELLNER
State Bar No. 1056806
ZACHARY J. FLOOD
State Bar No. 1099136
BENJAMIN J. NICHOLS
State Bar No. 1138101
710 N. Plankinton Ave., Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722
Email: shall@crivellolaw.com
kzellner@crivellolaw.com
zflood@crivellolaw.com
bnichols@crivellolaw.com